**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON DAVID YONAI, | No. CIV S-07-0053-DFL-CMK-P |
| Petitioner, | |
| vs. | FINDINGS AND RECOMMENDATIONS |
| Unknown, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition (Doc. 1), filed on January 9, 2007.  Petitioner has also filed a number of motions and requests in this docket (Docs. 6, 7, 8, and 14).

In his petition, petitioner states that he is challenging a state court criminal conviction entered on July 3, 2002, following a no contest plea.  It appears that petitioner is raising the following claim: "false evidence of unprobable cause."  A review of the court's records reveals that petitioner has filed at least four other habeas corpus petitions challenging the July 3, 2002, conviction.  Those cases are:  (1) Yonai v. Evans, CIV S-06-0870-MCE-DAD; (2) Yonai v. Evans, CIV S-06-1250-RRB-CMK; (3) Yonai v. Evans, CIV S-06-2760-DFL-KJM;

1

and (4) <u>Yonai v. Evans</u>, CIV S-06-2940-DFL-KJM.[1]  In each of these petitions, petitioner raises the same "false evidence" claim.  Therefore, the instant petition is duplicative of at least one of the petitions filed in 2006.

        Based on the foregoing, the undersigned recommends that:

        1.    The instant petition be dismissed as duplicative of an earlier-filed petition; and

        2.    All pending motions be denied as moot.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 14, 2007.

                                        */s/ Craig M. Kellison*
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Case no. 06-0870 has been dismissed for failure to exhaust state court remedies.  The court has recommended dismissal of case no. 06-2760 as duplicative of case no. 06-1250.  The court has recommended dismissal of case no. 06-1250 based on petitioner's failure to respond to court order.